Ted Clare, appellee, v. Marks Brothers Theatres, Inc., et al. Marks Brothers Theatres, Inc., appellant. Gen. No. 32,427.

Bill for injunction. Order granted. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed. Opinion filed November 21, 1927.

Joseph Rosenberg, for appellant; Benjamin Rosenberg, of counsel. Benjamin H. Ehrlich, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

John Quan, appellant, v. Adolph G. Rosell, appellee. Gen. No. 31,666.

Action to recover rent. Judgment against plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. B. Lane, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and judgment here. Opinion filed November 23, 1927.

Arthur J. Murphy, for appellant; William Rifkind, of counsel. Joel C. Carlson, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Charles J. Russell, assignee of Health Institute, Inc., appellant, v. William Dillon, appellee. Gen. No. 31,687.

Action on account stated for medical services. Appeal from order vacating judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded with directions. Opinion filed November 23, 1927.

Charles J. Russell, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Cora F. Yenner, appellee, v. John R. Karlson et al., on appeal of John D. Rowe, receiver, appellant. Gen. No. 31,726.

Foreclosure proceeding. Appeal by receiver from order to make payment on deficiency decree. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Appeal dismissed. Opinion filed November 23, 1927.

Edward J. Keeley, for appellant. Hamilton Johnstone and Luther D. Swanstrom, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Greenfield Brothers Clothing Company, appellee, v. M. A. Kansteiner, appellant. Gen. No. 31,747.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee. Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Carpenter & Grant, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.